UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH G. CROSSWHITE,<br><br>           Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant. | CASE NO. EDCV 11-1972 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: January 10, 2013

_____
ALICIA G. ROSENBERG
United States Magistrate Judge