UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH G. CROSSWHITE, | ) | CASE NO. EDCV 11-1972 AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: January 10, 2013

ALICIA G. ROSENBERG
United States Magistrate Judge